# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH DANNY PROPHET,<br><br>        Plaintiff,<br><br>   v.<br><br>KEN CLARK, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-01254-OWW DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, AND REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE IN FULL WITHIN THIRTY DAYS, OR DISMISSAL WILL OCCUR<br><br>(Doc. 2) |

      Plaintiff Joseph Danny Prophet ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on July 20, 2009. Plaintiff seeks leave to proceed in forma pauperis.

      28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." A review of the actions filed by Plaintiff reveals that Plaintiff is subject to section

///
///
///
///

1  1915(g) and is precluded from proceeding in forma pauperis unless Plaintiff is, at the time the
2  complaint is filed, under imminent danger of serious physical injury.[1]
3        The Court has reviewed Plaintiff's complaint and finds that Plaintiff does not meet the
4  imminent danger exception.[2] <u>Andrews v. Cervantes</u>, 493 F.3d 1047, 1053 (9th Cir. 2007). Because
5  Plaintiff has alleged no facts that support a finding that he is under imminent danger of serious
6  physical injury, Plaintiff is ineligible to proceed in forma pauperis in this action, and must submit
7  the appropriate filing fee in order to proceed with this action.
8        Based on the foregoing, it is HEREBY ORDERED that:
9      1.    Plaintiff's motion for leave to proceed in forma pauperis in this action is denied; and
10     2.    Plaintiff shall pay the $350.00 filing fee in full within **thirty (30) days** from the date
11         of service of this order or this action will be dismissed, without prejudice.

13  IT IS SO ORDERED.
14  **Dated:   July 24, 2009**                    **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice of case numbers 1:07-cv-01372 OWW DLB <u>Prophet v. Allison Dunham, et al.</u> (E.D. Cal.) (dismissed on 11/21/2007 for failure to state a claim); 2:06-cv-02822 FCD EFB PC <u>Prophet v. Department of Corrections, et al</u> (E.D. Cal.) (dismissed on 3/19/2009 for failure to state a claim); and 1:08-cv-01748 SMS PC <u>Prophet v. Clark et al.</u> (E.D. Cal.) (dismissed on 02/26/2009 for failure to state a claim).

[2] Plaintiff's alleges that defendants have placed him in a mental treatment program in order to deny him access to the courts, and have taken his property in retaliation. (Doc. 1, court record p. 3.) Plaintiff seeks, *inter alia*, the return of his property and removal from the program.